# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1512

_____

John C. Skinner,                      *

                             *

         Appellant,             *

                             *   Appeal from the United States

    v.                      *   District Court for the

                             *   Western District of Missouri.

State of Missouri; Jeremiah W. Nixon,  *

                           *   [UNPUBLISHED]

         Appellees.            *

_____

Submitted: February 1, 2007
Filed: February 5, 2007

_____

Before WOLLMAN, MURPHY, and BYE, Circuit Judges.

_____

PER CURIAM.

Missouri inmate John C. Skinner appeals from the district court's[1] 28 U.S.C. § 1915A order dismissing his 42 U.S.C. § 1983 complaint against the State of Missouri and the Attorney General of Missouri, Jeremiah Nixon. Having carefully reviewed the record de novo, see Cooper v. Schriro, 189 F.3d 781, 783 (8th Cir. 1999) (per curiam), we agree with the court that Skinner's challenge to the confiscation of

_____

[1]The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri, adopting the report and recommendation of the Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri.

money in his inmate account pursuant to the Missouri Incarceration Reimbursement Act (MIRA) does not rise to the level of a constitutional violation. <u>See</u> <u>Hudson v. Palmer</u>, 468 U.S. 517, 533 (1984) (intentional deprivation of property does not violate due process when meaningful post-deprivation remedy is available). Finally, we conclude the court did not abuse its discretion in denying Skinner appointment of counsel. <u>See</u> <u>Stevens v. Redwing</u>, 146 F.3d 538, 546 (8th Cir. 1998).

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47A(a).

_____